

FILED

MAY 0 1 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JANET D. FIERO, <br><br> Plaintiff, <br><br> vs. <br><br> BRIAN L. CLARK, et al., <br><br> Defendants. | CV 19-53-M-DWM <br><br><br> ORDER |

The plaintiff having filed a voluntary dismissal pursuant to Rule 41(a) and no responsive pleading having been filed,

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 1st day of May, 2019

Donald W. Molloy, District Judge
United States District Court